ORIGINAL
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     **ORDER**
            -v-                          :     S1 07 Cr. 1178
                                         :
RUBEN MEJIA,                             :
                                         :
            Defendant.                   :
                                         :
- - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Avi Weitzman;

IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed since the defendant in the action has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated:  New York, New York
        January ____, 2008

_____
UNITED STATE MAGISTRATE JUDGE

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**