```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     GOVERNMENT'S
                                         FORFEITURE BILL
         -v-                       :     OF PARTICULARS

RUBEN MEJIA,                       :     S1 07 Cr. 1178 (WHP)

              Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes but is not limited to the following:

> all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 165 St. Nicholas Avenue, Englewood, NJ 07631-1637.

Dated:    New York, New York
            January 17, 2008

                                      Respectfully Submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney


                                By: /s/ Avi Weitzman
                                    AVI WEITZMAN
                                    Assistant United States Attorney
                                    Telephone: (212)637-1205