IH-14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
_Ruben Mejia_

(Alias) _____

Please PRINT Clearly

S1 07 CR 1178
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
ADMISSION.  MO. _8_   YR. _87_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED D: 1/16/08]

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Mark Cohen
Attorney for Defendant

Cohen Frankel & Ruggiero, LLP
Firm name if any

20 Vesey Street #1200
Street address

New York             NY              10007
City                 State           Zip

212-732-0002
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186