%AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

United States of America

vs.

Lauren Reyes

APPEARANCE

Case Number: 07-cr-1178

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lauren Reyes

I certify that I am admitted to practice in this court.

_January 28, 2008_
Date

_Roy Kulcsar_
Signature

_Roy R. Kulcsar_   (RRK 8279)
Print Name          Bar Number

_27 Union Square West_
Address

_NY_   _NY_   _10023_
City   State   Zip Code

_201-460-0394_   _201-435-1478_
Phone Number   Fax Number

_rrklaw@aol.com_