FEB 0 7 2008

**ROY R. KULCSAR, ESQ.**
Attorney at Law
27 Union Square West
New York, New York 10003

Telephone: (212) 352-1700                                             Fax: (201) 439-1478

Cellular Phone: (201) 446-0294

February 5, 2008

(212) 805-6390
By Telecopier

**MEMO ENDORSED**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10003

                    Re: United States v. Ruben Mejia
                          07 Cr. 1178 (WHP)

Dear Judge Pauley:

    I am taking the liberty of writing this Honorable Court, with the consent of Assistant United States Attorney Avi Weitzman, to request an adjournment of the conference scheduled for Friday, February 8, 2008 until February 29, 2008 @ 3 p.m.

    This adjournment will allow defense counsel and the Government additional time needed to continue plea discussions and to try to resolve discovery matters. I would also note that I am presently on trial before the Hon. Deborah A. Batts in United States v. Winston Clarke, 05 Cr.17 (DAB).

    Based on the foregoing, I would consent that the time until February 29, 2008 be excluded from the calculation of speed trial time pursuant to 18 USC 3161(h)(8)(A).

    Thank you for your courteous attention to this matter.

                                                    Most respectfully yours,

                                                    ROY R. KULCSAR

*Application Granted. Time is excluded until*
**SO ORDERED:** 2/29/08 *pursuant to*
                       18 USC 3161(h)(8)(A)

WILLIAM H. PAULEY III U.S.D.J.
2/12/08