**MEMO ENDORSED**

**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201)446-0294
Fax: (201) 439-1478

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-08

RECEIVED APR 25 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

April 25, 2008

**BY TELECOPIER**
212-805-6390
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Reuben Dario Mejia**
      **07 cr 1178 (WHP)**

Dear Judge Pauley:

I am taking the liberty of writing this Honorable Court, with the consent of Avi Weitzman, Esq., to request an adjournment of the conference scheduled for April 25, 2008 until June 3, 2008 or such other date thereafter as may be more convenient.

This adjournment is necessitated by the fact that Mr. Mejia's housing unit at the MDC has been and continues to be under quarantine because of an outbreak of chicken pox. As such, I have not been able to meet with him to review the most recent discovery which is extensive and the defendant is unable to appear in Court.

Under the circumstances, I consent to an exclusion of time from April 25, 2008 until the adjourned date pursuant to 18 USC §3161 (h)(8)(A).

Thank you for your courtesy.

Respectfully yours,

ROY R. KULCSAR

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED UNTIL JUNE 3, 2008 AT 2:30 P.M.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
4/25/08