

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08
```

June 2, 2008

**BY FAX: (212) 805-6390**
The Honorable William H. Pauley      **MEMO ENDORSED**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    United States v. Ruben Mejia,
           07 Cr. 1178 (WHP)

Dear Judge Pauley:

    The Government and the defendant respectfully submit this letter to jointly request a brief adjournment of the conference in the above-referenced case, currently scheduled for Tuesday, June 3, 2008, at 2:30 p.m.

    Defense counsel, Roy Kulcsar, Esq., and I today learned that the defendant Ruben Mejia is one of four inmates at the Metropolitan Detention Center who remain in medical isolation due to the recent chicken pox outbreak in the local federal jails. We were informed by MDC legal counsel that Mejia therefore will not be transported to court for tomorrow's conference, and that the medical isolation period lasts roughly three weeks. Accordingly, the Parties respectfully request that the June 3 conference in this case be adjourned until a date later this month.

    In addition, the Government and defense counsel jointly request that time be excluded for purposes of the Speedy Trial Act from today through and including the date of the next scheduled court conference in order to permit the Government and the defendant to continue

Hon. William H. Pauley
June 2, 2008
Page 2

plea discussions in this case. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Avi Weitzman
Assistant United States Attorney
(212) 637-1205

cc:   Roy Kulcsar, Esq. (by email: RRKlaw@aol.com)
      Attorney for Defendant

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO JUNE 27, 2008 AT 2:00 P.M. IN THE INTERESTS OF JUSTICE.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6-10-08