AUG 21 2008

# ROY R. KULCSAR
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201)446-0294
Fax: (201) 439-1478

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08
```

August 21, 2008

**BY TELECOPIER**
212-805-6390
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Reuben Mejia**
     **07 cr 1178 (WHP)**

Dear Judge Pauley:

I am taking the liberty of writing, with the consent of Avi Weitzman, Esq. on behalf of the Government, to request an adjournment of the conference presently scheduled for Friday, August 22, 2008, until September 11, 2008 or such later date as may be more convenient to this Honorable Court because I will not be in New York.

Based on my most recent meeting with Mr. Mejia and my discussion with Mr. Weitzman additional time is needed to review certain telephone conversations which were intercepted as a prerequisite to further plea negotiation. Under the circumstances, I consent to the exclusion of time until the adjournment date pursuant to 18 USC §3161 (h)(8)(A).

Thank you for your courteous consideration of this request.

Most respectfully yours,

ROY R. KULCSAR

CC:  Avi Weitzman, Esq
     Assistant United States Attorney
     BY EMAIL

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO SEPTEMBER 11, 2008 AT 2:45 P.M. IN THE INTERESTS OF JUSTICE.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8-22-08